IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>  Defendants. | Case No. 22-cv-05217<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Sunil R. Harjani |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff PopSockets LLC ("POPSOCKETS") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and POPSOCKETS having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; POPSOCKETS having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that POPSOCKETS has provided a basis to conclude that Defaulting Defendants have sold products using infringing and counterfeit versions of POPSOCKETS' federally registered trademarks (the "POPSOCKETS Trademarks").

A list of the POPSOCKETS Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,572,125 | POPSOCKETS | July 22, 2014 | 9 |
| 5,486,563 | POPSOCKETS | June 5, 2018 | 9 |
| 4,942,725 | POPCLIP | April 19, 2016 | 9 |
| 5,662,835 | POP | January 22, 2019 | 9 |
| 5,204,637 | POPSOCKETS (logo) | May 16, 2017 | 9 |
| 5,394,408 | (logo) | February 6, 2018 | 9 |
| 5,783,395 | POPTIVISM | June 18, 2019 | 9, 36, 40 |
| 5,757,738 | POPMINIS | May 21, 2019 | 9 |
| 5,757,735 | POPGRIP | May 21, 2019 | 9 |
| 5,651,330 | TWIST | January 8, 2019 | 9 |
| 6,556,908 | AIRBAG | November 9, 2021 | 9 |
| 6,005,169 | (product design) | March 10, 2020 | 9 |
| 6,005,170 | (product design) | March 10, 2020 | 9 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that POPSOCKETS' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the POPSOCKETS Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine POPSOCKETS product or not authorized by POPSOCKETS to be sold in connection with the POPSOCKETS Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine POPSOCKETS product or any other product produced by POPSOCKETS, that is not POPSOCKETS' or not produced under the authorization, control, or supervision of POPSOCKETS and approved by POPSOCKETS for sale under the POPSOCKETS Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

POPSOCKETS, or are sponsored by, approved by, or otherwise connected with POPSOCKETS; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for POPSOCKETS, nor authorized by POPSOCKETS to be sold or offered for sale, and which bear any of POPSOCKETS' trademarks, including the POPSOCKETS Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the POPSOCKETS Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the POPSOCKETS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that

is not a genuine POPSOCKETS product or not authorized by POPSOCKETS to be sold in connection with the POPSOCKETS Trademarks.

3. Upon POPSOCKETS' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the POPSOCKETS Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), POPSOCKETS is awarded statutory damages from each of the Defaulting Defendants in the amount of $250,000.00 for willful use of counterfeit POPSOCKETS Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to POPSOCKETS as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba,

Wish.com, Ant Financial, and Amazon Pay, are ordered to release to POPSOCKETS the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until POPSOCKETS has recovered full payment of monies owed to it by any Defaulting Defendant, POPSOCKETS shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that POPSOCKETS identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, POPSOCKETS may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 4 to the Declaration of Annie Haselfeld and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Date: December 14, 2022

John J. Tharp, Jr.
United States District Judge

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/3243112 | 3C Device Store |
| 2 | aliexpress.com/store/5062044 | ALLORUS DingChen Store |
| 3 | aliexpress.com/store/910324123 | ANJF jinbaoling Store |
| 4 | aliexpress.com/store/1100173426 | Anong Digital Store |
| 5 | aliexpress.com/store/912657682 | aotum Official Store |
| 6 | aliexpress.com/store/5256142 | Auroras Unique Store |
| 7 | aliexpress.com/store/912020029 | BeoYinGoi Global Store |
| 8 | aliexpress.com/store/2412122 | BISHCVER High Quality Store |
| 9 | aliexpress.com/store/912292006 | CAPOFTU Accessories Store |
| 10 | aliexpress.com/store/5020055 | CaseLove Store |
| 11 | aliexpress.com/store/912543289 | CCC-ALL Store |
| 12 | aliexpress.com/store/912260418 | China WP Store |
| 13 | aliexpress.com/store/911516185 | Cradle Store |
| 14 | aliexpress.com/store/911768312 | DKK Digital Accessories Store |
| 15 | aliexpress.com/store/911207087 | Dreamer Phone Accessories Store |
| 16 | aliexpress.com/store/911267092 | fishbear20 Store |
| 17 | aliexpress.com/store/4987145 | GFAITHS Store |
| 18 | aliexpress.com/store/5603127 | Hesliya Store |
| 19 | aliexpress.com/store/4211009 | HYAIZLZ Official Store |
| 20 | aliexpress.com/store/912023106 | HyeFashion Store |
| 21 | aliexpress.com/store/5783391 | Joomer2 Store |
| 22 | aliexpress.com/store/5121011 | JoomerTech Store |
| 23 | aliexpress.com/store/2782167 | JoomerTech02 Store |
| 24 | aliexpress.com/store/5881296 | LLTech Store |
| 25 | aliexpress.com/store/5792450 | LYKL-CCC Store |
| 26 | aliexpress.com/store/5799596 | LZYTech Store |
| 27 | aliexpress.com/store/912180938 | MAIQU Accessories Store |
| 28 | aliexpress.com/store/2911013 | MAKAVO Official Store |
| 29 | aliexpress.com/store/912340921 | Ming Phone Store |
| 30 | aliexpress.com/store/4499001 | Mokoemi Store |
| 31 | aliexpress.com/store/5045310 | MokoTech Store |
| 32 | aliexpress.com/store/1526683 | Mooshion Experience Store |
| 33 | aliexpress.com/store/912318566 | mujin. Store |
| 34 | aliexpress.com/store/910321181 | Multi-Style Accessories Store |
| 35 | | |
| 36 | aliexpress.com/store/4971025 | Okara Store |

| 37 | aliexpress.com/store/910332134 | OrangeOne Store |
|---|---|---|
| 38 | aliexpress.com/store/912521355 | qizi001 Store |
| 39 | aliexpress.com/store/910797018 | Shenzhen Bearicorn Store |
| 40 | aliexpress.com/store/5966037 | Shop5966037 Store |
| 41 | aliexpress.com/store/910958032 | Shop910958032 Store |
| 42 | aliexpress.com/store/911347033 | Shop911347033 Store |
| 43 | aliexpress.com/store/5575004 | Skinlee Store |
| 44 | aliexpress.com/store/911712104 | SRX Digital Store |
| 45 | aliexpress.com/store/912371249 | ST Mobile Accessories Store |
| 46 | aliexpress.com/store/1100048006 | SuperJoy Geek Store |
| 47 | aliexpress.com/store/911810370 | Sy3CTech Store |
| 48 | aliexpress.com/store/911870509 | SytFashion Store |
| 49 | aliexpress.com/store/911827280 | TKSGOD Global Digital Factory Store |
| 50 | aliexpress.com/store/1463083 | TZOMSZE Store |
| 51 | aliexpress.com/store/912632145 | Unique Pro-Simple Life Store |
| 52 | aliexpress.com/store/912633128 | Vling Global Store |
| 53 | aliexpress.com/store/4969022 | VNLOBU 11 Store |
| 54 | aliexpress.com/store/5878314 | Wellgofast Store |
| 55 | | |
| 56 | aliexpress.com/store/911054064 | YBFMOD Official Store |
| 57 | aliexpress.com/store/912022012 | Ymi3CTech Store |
| 58 | aliexpress.com/store/912007068 | YmiCom Store |
| 59 | aliexpress.com/store/912018021 | YmiFashion Store |
| 60 | aliexpress.com/store/912631127 | You Pocket Store |
| 61 | aliexpress.com/store/912315032 | ZYY Mold Store |
| 62 | amazon.com/sp?seller=AV51F9X45ZZI | BatriZood |
| 63 | | |
| 64 | amazon.com/sp?seller=ABFPPUO74K2GG | CTpepper |
| 65 | amazon.com/sp?seller=A2WG7DKC8DOSNB | Hanfer |
| 66 | amazon.com/sp?seller=A2G43CDYHF904I | huapuonly |
| 67 | amazon.com/sp?seller=A2NA36T3FJ08YQ | Kakawaii |
| 68 | amazon.com/sp?seller=A1DNDOXSWFLY5F | OIOMAGPIE-US |
| 69 | amazon.com/sp?seller=A2ND7Z4JCHAM6I | QHOHQ |
| 70 | amazon.com/sp?seller=A26RGK53T5AYMF | UniCloud-SZ |
| 71 | amazon.com/sp?seller=AUW2VD71ML4NA | wanghuabeimei |
| 72 | amazon.com/sp?seller=A1CG9UNP5PMU6O | zengduqushengoubaihuodian |
| 73 | amazon.com/sp?seller=A28Y8BL50MEUOF | zsl |
| 74 | amazon.com/sp?seller=A1LAWQJ7KTPPOC | ZYWJRZD |
| 75 | ebay.com/usr/caseforever | caseforever |
| 76 | | |
| 77 | | |

| 78 | | |
|---|---|---|
| 79 | ebay.com/usr/sweethome-89 | sweethome-89 |
| 80 | | |
| 81 | walmart.com/seller/101127079 | wuhanbeisisailekejiyouxiangongsi |
| 82 | wish.com/merchant/5e2be0122057cd0f8502dad0 | fuxian2020 |
| 83 | wish.com/merchant/5d5a33f12736782d6a177ed8 | Zhehao jewelry accessories |